FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta
FEB 12 2008
JAMES N. HATTEN, Clerk
By: Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| NEWS AMERICA MARKETING IN-STORE, LLC, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) CIVIL ACTION FILE<br>)<br>) NUMBER 1:07-cv-791-TCB |
| ROBERT T. EMMEL, | )<br>)<br>) |
| Defendant. | ) |

### ORDER

On January 15, 2008, Plaintiff News America served a third-party subpoena *duces tecum* upon The Garber Law Firm, P.C. On January 25, The Garber Law Firm filed objections to the subpoena [207] and a motion to allow the objections to be filed under seal [206].

On January 22, News America served a subpoena *ad testificandum* upon the law firm's principal, Marc Garber. On January 30, Garber filed a motion to quash the subpoena [213] and a motion to allow his motion to quash to be filed under seal [212].

On February 11, The Garber Law Firm filed amended objections to the subpoena [226] that News America had served upon it on January 15. That same day—February 11—News America filed a document [222] constituting (1) a response to Marc Garber and The Garber Law Firm's motions to file under seal and objections/motion to quash, and (2) a motion to compel enforcement of the two subpoenas.

The Court has carefully reviewed the motions of both Garber and The Garber Law Firm as well as News America's response thereto. Having done so, the Court hereby DENIES all of the motions and objections filed by Garber and The Garber Law Firm [206, 207, 212, 213, 225, & 226].[1]

In light of (1) the fact that News America's motion to compel is identical in substance to the aforesaid objections and motion, and (2) the Court's ruling above, the Court hereby STRIKES as moot News America's motion to compel [222].

Marc Garber and The Garber Law Firm are hereby ORDERED to fully comply with the subpoenas and produce all of the documents requested

---

[1] The Court specifically finds that The Garber Law Firm's amended objections, which were not filed until February 11—twenty-seven days after the subpoena was served on January 15—are untimely pursuant to Fed. R. Civ. P. 45(c)(2)(B).

therein at the office of News America's counsel on Friday, February 15, at 10:00 a.m.

IT IS SO ORDERED this 12th day of February, 2008.

_____
Timothy C. Batten, Sr.
United States District Judge